UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TVI, INC. d/b/a SAVERS and VALUE VILLAGE<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FERGUSON, in his official capacity as Attorney General of the State of Washington,<br><br>Defendant. | No. 2:17-cv-01845-RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND INITIAL SCHEDULING DATES |

**STIPULATION**

Pursuant to LCR 7(d)(1) & 10(g), the parties file this stipulated motion to extend the initial scheduling dates the Court ordered set on December 15, 2017. *See* Dkt. 4. Good cause supports granting an extension of these scheduling dates because Defendant Robert W. Ferguson has filed a motion to dismiss (Dkt. 12) that is noted for consideration on February 2, 2018, and is potentially dispositive as to Plaintiff TVI, Inc.'s claims in this action. The Court's ruling on Defendant's motion to dismiss will determine whether TVI's claims will proceed and what discovery will be required in the action—the subject of the Joint Status Report and Discovery Plan that the parties are required to submit to the Court under Rule 26(f). Dkt. 4.

The parties requested this extension in a phone call to the Courtroom Deputy on January 12, 2018. To allow the Court to consider and rule on Defendant's motion to dismiss, the parties

STIPULATED MOT. AND ORDER TO EXTEND
INITIAL SCHEDULING DATES
(2:17-cv-01845-RSM) - 1
4829-2910-5754v.2 0059906-000031

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

request that the Court extend its initial scheduling dates and set the following deadlines:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 3/9/18 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 3/16/18 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 3/23/18 |

## ORDER

The Court finds that good cause supports extending the initial scheduling dates as stipulated to allow for consideration of Defendant's potentially dispositive motion to dismiss.

IT IS SO ORDERED.

DATED this 22 day of January 2018.

                                                    RICARDO S. MARTINEZ
                                                  CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>Attorneys for TVI, Inc. | ROBERT W. FERGUSON<br>Attorney General of Washington |
| By   *s/James C. Grant*<br>     James C. Grant, WSBA #15358<br>     Ross Siler, WSBA #46486<br>     1201 Third Avenue, Suite 2200<br>     Seattle, WA 98101-3045<br>     Telephone: 206-757-8096<br>     Fax: 206-757-7096<br>     E-mail: jamesgrant@dwt.com<br>     E-mail: ross.siler@dwt.com | By   *s/Jeffrey G. Rupert*<br>     Jeffrey G. Rupert, WSBA #45037<br>     Celeste T. Stokes, WSBA #12180<br>     Office of the Attorney General<br>     7141 Cleanwater Drive SW<br>     PO Box 40111<br>     Olympia, WA 98504-0111<br>     Telephone: 360-709-6470<br>     E-mail: JeffreyR2@atg.wa.gov<br>     E-mail: CelesteS@atg.wa.gov |

STIPULATED MOT. AND ORDER TO EXTEND
INITIAL SCHEDULING DATES
(2:17-cv-01845-RSM) - 2
4829-2910-5754v.2 0059906-000031

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax