UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TVI, INC. d/b/a SAVERS and VALUE VILLAGE<br><br>Plaintiff,<br><br>v.<br><br>ROBERT W. FERGUSON, in his official capacity as Attorney General of the State of Washington,<br><br>Defendant. | No. 2:17-cv-01845-RSM<br><br>ORDER GRANTING TVI, INC.'S MOTION FOR RECONSIDERATION AND CLARIFICATION |

This matter came before the Court on Plaintiff TVI, Inc.'s ("TVI") Motion for Reconsideration and Clarification of the Court's April 3, 2018, order dismissing TVI's claims against Defendant Attorney General Robert W. Ferguson ("AG Ferguson") with prejudice. Dkt. 20. Having considered TVI's motion, as well as the pleadings and filings in this matter, the Court modifies and clarifies its order as follows:

1. The Court grants AG Ferguson's motion to dismiss, Dkt. 12, but dismisses TVI's claims without prejudice.

2. Nothing in the Court's ruling is intended to prevent TVI from raising its constitutional claims against AG Ferguson and his office ("AGO") in the ongoing state-court action filed by the AGO against TVI.

ORDER GRANTING TVI MOT. FOR
RECONSIDERATION & CLARIFICATION
(2:17-cv-01845-RSM) - 1
4811-7610-4034v.1 0059906-000031

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

DATED this 24 day of May 2018.

                                                          *[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
Attorneys for TVI, Inc.

By    *s/James C. Grant*
       James C. Grant, WSBA #15358
       Ross Siler, WSBA #46486
       1201 Third Avenue, Suite 2200
       Seattle, WA  98101-3045
       Telephone: 206-757-8096
       Fax: 206-757-7096
       E-mail: jamesgrant@dwt.com
       E-mail: ross.siler@dwt.com

ORDER GRANTING TVI MOT. FOR
RECONSIDERATION & CLARIFICATION
 (2:17-cv-01845-RSM) - 2
4811-7610-4034v.1 0059906-000031

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax