# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TVI Inc. dba SAVERS and VALUE VILLAGE, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT W. FERGUSON, in his official capacity as Attorney General of the State of Washington, <br><br> Defendant. | CASE NO. C17-1845 RSM <br><br> ORDER CORRECTING DATE OF PRIOR ORDER |

On April 24, 2018, the Court entered an Order Granting TVI, INC.'s Motion for Reconsideration and Clarification. Dkt. #25. This Order was incorrectly dated "this 24 day of May 2018." That date is hereby corrected to reflect the same day the Order was posted, April 24, 2018.

IT IS SO ORDERED.

DATED this 30 day of April, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER CORRECTING DATE OF PRIOR ORDER - 1